# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL DERROW | ) | Case No:  9:98-CR-6(9) |
| | ) | USM No:  03199-286 |
| Date of Original Judgment:  04/22/1999 | ) | |
| Date of Previous Amended Judgment: | ) | PRO SE |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## *AMENDED* ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This order is subject to the prohibition contained in U.S.S.G. § 1B1.10(b)(2)(C). Moreover, imposition of this Order shall be stayed until November 1, 2015, or ten (10) days after the order date, whichever is later. So, if the term of imprisonment is less than the amount of time the defendant has already served, or will have served on the effective date of this order, then the sentence is reduced to "time served."

The retroacitve Guidlines produce the same guideline range as the Guidelines in effect at the time of sentencing.

Except as otherwise provided, all provisions of the judgment dated ____4/22/1999____ shall remain in effect.

**IT IS SO ORDERED**.

So **ORDERED** and **SIGNED** this **1** day of **December, 2015.**

_____
Ron Clark, United States District Judge