IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 2 2016

BY
DEPUTY _____

| | |
|---|---|
| MICHAEL JOSEPH DERROW, | § |
| Petitioner, | § |
| v. | § Case No.: 9:98-CR-6-(9) |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

NOTICE OF APPEAL
AND
MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

Comes Now, Michael Joseph Derrow, Petitioner, appearing Pro Se, and respectfully gives notice of appeal to the District Court's Honorable Ron Clark's United States District Judge Amended Order, filed December 1, 2015, Doc. No. 447, denying petitioner's 18 U.S.C. §3582(c)(2) Motion pursuant to Guideline Amendment(s) 591, 706, and 782 to the Fifth Circuit Court of Appeals.

Dated: January 6, 2015

Respectfully Submitted,

Michael J. Derrow
Reg. No. 03199-286
FCI - Ft. Worth
P.O. Box 15330
Ft. Worth, TX 76119

Michael Derrow - 03199286
Federal Correctional Institution
FCI Fortworth
Fort Worth, TX 76119

NORTH TEXAS TX PRSRT
DALLAS TX 750
07 JAN 2016 PM 7 L

⇔03199-286⇔
Clerk Us District Court
104 N 3RD ST
Lufkin, TX 75901
United States

